UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO: 3:03CR198 (RNC) |
| VS. | : | |
| JAQUIN ARIAS aka<br>Axel Santiago Ramirez aka<br>Eddie Martinez | : | January 31, 2005 |

**MOTION FOR CONTINUANCE OF SENTENCING**

Attorney Francis L. O'Reilly, representing the defendant, JAQUIN ARIAS, hereby respectfully moves the Court for a continuance of the defendant's sentencing date to March 11, 2005

Most recently counsel had Oral Arguments in the 2nd Circuit Court of Appeals in United States v. Jean Gerancon on January 20, 2004. In addition, on January 27, 2005 the undersigned had a sentencing in United States v. Yamaar Shipman. Further counsel is to begin a trial in State v. Edward Ramsey, in front of the Honorable Julia Dewey in Connecticut Superior Court in which began on January 31, 2005. Moreover counsel has a long scheduled vacation with his family during winter break from school beginning Feb 19, 2005 to Feb 25, 2005. Further, undersigned is scheduled to begin trial in United States v. Marvin Ogman with Jury Selection to begin on March 1, 2005, and evidence to commence thereafter. The undersigned has contacted Assistant United States Attorney H. Gordon Hall and he has no objection to this request.

WHEREFORE, the defendant respectfully requests the continuance of jury selection until March 11, 2005.

Respectfully submitted,

JAQUIN ARIAS

By___________________________
Francis L. O'Reilly,
87 Ruane Street
Fairfield, CT 06430
PH#203-319-0707
Fed. Bar No.: CT17505

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

H. Gordon Hall, AUSA
P.O. Box 1824
New Haven, CT 06508

By: _________________________
Francis L. O'Reilly