March 30, 2005. Granted. The sentencing is hereby rescheduled to April 26, 2005 at 10:00 a.m. So ordered.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:03CR198 (RNC) |
| VS. | : | |
| JAQUIN ARIAS aka<br>Axel Santiago Ramirez aka<br>Eddie Martinez | : | March 28, 2005 |

**MOTION FOR CONTINUANCE OF SENTENCING**

Attorney Francis L. O'Reilly, representing the defendant, JAQUIN ARIAS, hereby respectfully moves the Court for a continuance of the defendant's sentencing date to April 26, 2005.

The Defendant has yet to have a Pre-Sentence Interview which needs to be done prior to the Sentencing. Undersigned counsel is a single practioner with a heavy criminal caseload and has had numerous Federal sentencings and proceedings in March and early part of April. Counsel further recently returned from a long scheduled vacation from March 10, 2005 to March 14, 2005. Most recently, undersigned was scheduled to begin trial in United States v. Marvin Ogman with Jury Selection to begin on March 21, 2005, and evidence to commence thereafter, which after much preparation got postponed. Moreover undersigned has a Sentencing in the District of Tucson, AZ for United States v. Anthony Lowenstein in front of the Honorable Judge Charles R. Pyle on April 11, 2005 where counsel will fly out on April 6, 2004 and return on April 12, 2004. Further, undersigned is scheduled to begin trial in United States v. Luis Lind in front of the

Honorable Judge Hall on April 14, 2005. The undersigned has contacted Assistant United States Attorney H. Gordon Hall and he has no objection to this request.

WHEREFORE, the defendant respectfully requests the continuance of Sentencing until March 11, 2005.

Respectfully submitted,

JAQUIN ARIAS

By________________________

Francis L. O'Reilly,
87 Ruane Street
Fairfield, CT 06430
PH#203-319-0707
Fed. Bar No.: CT17505

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

H. Gordon Hall, AUSA
P.O. Box 1824
New Haven, CT 06508

By: ________________________

Francis L. O'Reilly